down; otherwise, motion denied.  Rich, Putnam, Kelly and Manning, JJ., concur; Blackmar, P. J., dissents.

Maurice Courland, Respondent, v. Edgar R. Gallavan and Another, Appellants.— Motion denied.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

Morris Flaum, Appellant, v. Annie Sahn and Another, Respondents.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

Clara E. Friederang, Appellant, v. Ruth-Aldo Company, Respondent.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In the Matter of Charges Preferred by William J. Wallin, Mayor of the City of Yonkers, Respondent, v. Edward Connolly, Appellant. — The motion to hear the appeal on the original record is granted, with the following modification: The original record need not be produced from the files, but in lieu thereof a typewritten copy of same may be submitted, with stipulation by the attorneys as to correctness or a certificate thereof by the clerk.  Appeal to be perfected and heard at the November term.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In the Matter of Charges Preferred by William J. Wallin, Mayor of the City of Yonkers, Respondent, v. Edward Connolly, Appellant.— Motion to dismiss appeal denied.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

Mimi M. Kittel, Respondent, v. Barne Silver, Appellant.  Frank Savarese and Another, Defendants.  Mimi M. Kittel, Respondent, v. Barne Silver, Appellant.  James T. Kent, Defendant.— Since the changes in the former General Rules of Practice, a motion in the Special Term that appellant be deemed to have waived his right to make a case, and an order thereon, do not work a dismissal of the appeal.  (*Fowler* v. *New York Herald Co.*, 198 App. Div. 419, 994.)  The printed proposed case served on September twenty-third was good, though it did not contain all exhibits, since under rule 41* the justice settling the case may have to determine how much of such exhibits should be inserted in the appeal record.  Therefore, the motions to dismiss appeals are both denied.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

The People of the State of New York, Respondent, v. Hyman Donnenfeld, Appellant.— Motion granted.  Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

Sam Schwartz, Respondent, v. " John " Smith, Appellant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when

* General Rules of Practice, rule 41.— [Rep.

reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

JOHN WINFIELD SCOTT, Respondent, v. CHARLES D. BARRY and Others, Copartners, etc., Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

ROSE SMITH, Respondent, v. JOSEPH GOLDENBERG, Appellant, and Another, Defendant.— Motion for stay denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

RAYMOND A. WALSH and Another, Copartners, etc., Respondents, v. JAMES TALCOTT, INC., Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Putnam and Manning, JJ.

AMERICAN VITRIFIED PRODUCTS COMPANY, Appellant, v. THE STATE OF NEW YORK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JOSEPHINE BASSO and MORRIS RUFFINO, as Administrators, etc., of SALVATORE BASSO, Deceased, Respondents, v. JOHN T. CLARK & SON, INC., Appellant.— The proposed bill fails to furnish the particulars required by the order of September 28, 1920. The order appealed from is, therefore, reversed in so far as it directs the service of the bill proposed, and the plaintiffs are directed to serve a bill in compliance with the order of September 28, 1920; and as so modified affirmed, without costs of this appeal. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

HARRY BERNSTEIN, Respondent, v. GEORGE ORLEVITCH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

EDWARD BRENNAN, an Infant, by JAMES BRENNAN, His Guardian ad Litem, Respondent, v. JOHN VAN PRAAG, Appellant, and EVA VAN PRAAG, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

JOHN CANELLIS, Respondent, v. LUNA AMUSEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

JOHN DAVIS, Respondent, v. ANNIE DAVIS, Individually and as Administratrix, etc., of MORRIS W. DAVIS, Deceased, and Others, Respondents, Impleaded with LOUIS DAVIS and Others, Appellants, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

CHARLES F. DELANO, Respondent, v. THE COUNTY OF SUFFOLK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

CAROLINE FERRARA, Plaintiff, v. JOHN FERRARA and Another, Defendants, Impleaded with GEFIEDO VOPCILLO and Others, Appellants. FRANK FERRARA and STELLA R. FERRARA, Purchasers, Respondents.— Appeal dismissed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.